Kenneth H. Brown (CA Bar No. 100396)
John D. Fiero (CA Bar No. 136557)
Joshua M. Fried (CA Bar No. 181541)
Debra I. Grassgreen (CA Bar No. 169978)
Henry C. Kevane (CA Bar No. 125757)
Maxim B. Litvak (CA Bar No. 215852)
John W. Lucas (CA Bar No. 271038)
Miriam Manning (CA Bar No. 178584)
Jason H. Rosell (CA Bar No. 269126)
**PACHULSKI STANG ZIEHL & JONES LLP**
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Telephone:	(415) 263-7000
Facsimile:	(415) 263-7010

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:

The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** the address of the attorneys listed above at **Pachulski Stang Ziehl & Jones LLP** have changed. The new address is:

**One Sansome Street, 34th Floor, Suite 3430**
**San Francisco, CA 94104-4436**

Please update your records accordingly.

Dated: October 19, 2022

By	*/s/ Attorneys listed above*
	Signature

**Kenneth H. Brown**
| | |
|---|---|
| 08-30119 | Peter R Fader |
| 08-32514 | Heller Ehrman LLP |
| 20-30621 | RealtyShares, Inc. |

**John D. Fiero**
| | |
|---|---|
| 08-30989 | Sand Hill Capital Partners III, LLC |
| 08-32514 | Heller Ehrman LLP |
| 11-31376 | Howrey LLP |
| 14-44191 | CEP Reorganization, Inc. |
| 16-30063 | Yellow Cab Cooperative, Inc. |
| 19-30088 | PG&E Corporation |
| 19-30089 | Pacific Gas and Electric Company |
| 19-52335 | Imperial Toy LLC |
| 20-30579 | Professional Investors Security Fund, Inc. |
| 20-30604 | Professional Financial Investors, Inc. |
| 21-03027 | Professional Investors 43, LLC et al v. Ensign |
| 22-03085 | Goldberg v. US Performing Arts Camps |
| 22-03093 | Goldberg v. Cazador Investment Company |
| 22-03094 | Goldberg v. Brown |
| 22-03095 | Goldberg v. World's Children |
| 22-03096 | Goldberg v. Wu-Wei Associates |

**Joshua M. Fried**
| | |
|---|---|
| 14-44191 | CEP Reorganization, Inc. |

**Debra I. Grassgreen**
| | |
|---|---|
| 14-41045 | Second Street Properties and Berkeley Properties, LLC |
| 16-31309 | APVO Corporation |
| 19-30088 | PG&E Corporation |
| 19-30089 | Pacific Gas and Electric Company |
| 20-30242 | Anthony Scott Levandowski |
| 20-30579 | Professional Investors Security Fund, Inc. |
| 20-30604 | Professional Financial Investors, Inc. |
| 21-51477 | Watsonville Hospital Corporation |
| 21-51478 | Watsonville Healthcare Management, LLC |
| 21-51479 | Watsonville Hospital Holdings, Inc. |
| 21-51480 | Halsen Healthcare, LLC |

**Gail S. Greenwood**
| | |
|---|---|
| 108-32514 | Heller Ehrman LLP |

**Henry C. Kevane**
| | |
|---|---|
| 04-32820 | CO Liquidation, Inc. |
| 16-31326 | Wrap Media, Inc. |
| 21-51477 | Watsonville Hospital Corporation |

**Maxim B. Litvak**
| | |
|---|---|
| 19-30088 | PG&E Corporation |
| 19-52335 | Imperial Toy LLC |
| 21-51477 | Watsonville Hospital Corporation |
| 22-30062 | Professional Technical Security Services, Inc. |

**John W. Lucas**
| | |
|---|---|
| 16-30063 | Yellow Cab Cooperative, Inc. |
| 18-31087 | Sedgwick LLP |
| 19-30088 | PG&E Corporation |
| 19-30089 | Pacific Gas and Electric Company |
| 20-30242 | Anthony Scott Levandowski |

**Miriam Manning**
| | |
|---|---|
| 08-30119 | Peter R Fader |
| 08-32514 | Heller Ehrman LLP |
| 20-03007 | Schoenmann v. Boal |
| 20-30242 | Anthony Scott Levandowski |
| 20-30621 | RealtyShares, Inc. |

**Jason H. Rosell**
| | |
|---|---|
| 16-30063 | Yellow Cab Cooperative, Inc. |
| 16-31309 | APVO Corporation |
| 17-31272 | MedCision, LLC |
| 18-31087 | Sedgwick LLP |
| 19-30232 | Munchery, Inc. |
| 19-52335 | Imperial Toy LLC |